**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD ALLEN, et al,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA, et al,

    Defendants.

                        /

No. C 11-05069 WHA

**NOTICE CONFIRMING FEBRUARY 9 HEARING DATE**

The conference scheduled for February 9 is confirmed and will not be rescheduled.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE