IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD ALLEN, et al,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA, et al,

    Defendants.

No. C 11-05069 WHA

**NOTICE CONFIRMING FEBRUARY 9 HEARING DATE**

The conference scheduled for February 9 is confirmed and will not be rescheduled.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE