1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DONALD ALLEN, BARBARA CRABTREE,
     LYN CRABTREE, VENUS HOAGLAN,
11   DANIEL JACKSON, GWEN JACKSON-LOSS,          No. C 11-05069 WHA
     JESSICA JACKSON, MARTHA KNIGHT,
12   LUCILLE SILVA, MICHAEL TOOLEY, and
     CLARENCE WRIGHT,
13
              Plaintiffs,                        **NOTICE RE HEARING
14                                               ON MAY 3, 2012**
     v.
15
     UNITED STATES OF AMERICA, and
16   KENNETH SALAZAR, as Secretary of the
     United States Department of the Interior,
17
              Defendants.
18   _____/

19

20         Counsel should be prepared to discuss at oral argument the issue of primary jurisdiction.

21

22         **IT IS SO ORDERED.**

23

24   Dated:  May 1, 2012.                      _____
                                               WILLIAM ALSUP
25                                             UNITED STATES DISTRICT JUDGE

26

27

28

**United States District Court**
For the Northern District of California