IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ALLEN, BARBARA CRABTREE, LYN CRABTREE, VENUS HOAGLAN, DANIEL JACKSON, GWEN JACKSON-LOSS, JESSICA JACKSON, MARTHA KNIGHT, LUCILLE SILVA, MICHAEL TOOLEY, and CLARENCE WRIGHT,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and KENNETH SALAZAR, as Secretary of the United States Department of the Interior,<br><br>    Defendants. | No. C 11-05069 WHA<br><br>**NOTICE RE HEARING ON MAY 3, 2012** |

Counsel should be prepared to discuss at oral argument the issue of primary jurisdiction.

**IT IS SO ORDERED.**

Dated: May 1, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE