IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ALLEN, BARBARA CRABTREE, LYNN CRABTREE, VENUS HOAGLAN, DANIEL JACKSON, GWEN JACKSON-LOSS, JESSICA JACKSON, MARTHA KNIGHT, LUCILLE SILVA, MICHAEL TOOLEY, and CLARENCE WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and KENNETH SALAZAR, as Secretary of the United States Department of the Interior,<br><br>Defendants. | No. C 11-05069 WHA<br><br>**ORDER RE LODGING OF ADMINISTRATIVE RECORD** |

The parties shall bring a hard copy of the administrative record in this case to tomorrow's hearing. Prior to lodging the record, the parties are to ensure that each of the documents is legible.

**IT IS SO ORDERED.**

Dated: May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE