United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD ALLEN, BARBARA CRABTREE, LYNN CRABTREE, VENUS HOAGLAN, DANIEL JACKSON, GWEN JACKSON-LOSS, JESSICA JACKSON, MARTHA KNIGHT, LUCILLE SILVA, MICHAEL TOOLEY, and CLARENCE WRIGHT,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA, and KENNETH SALAZAR, as Secretary of the United States Department of the Interior,

    Defendants.

No. C 11-05069 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting defendants' motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant United States of America and Kenneth Salazar, and against plaintiffs Donald Allen, Barbara Crabtree, Lynn Crabtree, Venus Hoaglan, Daniel Jackson, Gwen Jackson-Loss, Jessica Jackson, Martha Knight, Lucille Silva, Michael Tooley, and Clarence Wright.

    **IT IS SO ORDERED.**

Dated: May 15, 2012.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE