**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD ALLEN, BARBARA CRABTREE,
LYNN CRABTREE, VENUS HOAGLAN,
DANIEL JACKSON, GWEN JACKSON-LOSS,
JESSICA JACKSON, MARTHA KNIGHT,
LUCILLE SILVA, MICHAEL TOOLEY, and
CLARENCE WRIGHT,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA, and
KENNETH SALAZAR, as Secretary of the
United States Department of the Interior,

        Defendants.

                        /

No. C 11-05069 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order granting defendants' motion to dismiss,

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant United States of America and

Kenneth Salazar, and against plaintiffs Donald Allen, Barbara Crabtree, Lynn Crabtree, Venus

Hoaglan, Daniel Jackson, Gwen Jackson-Loss, Jessica Jackson, Martha Knight, Lucille Silva,

Michael Tooley, and Clarence Wright.

      **IT IS SO ORDERED.**

Dated:  May 15, 2012.

                                _____
                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE